

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

May 4, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Weiss v. Equifax Information Services, LLC et al.*, 1:20-cv-02398-LGS

Dear Judge Schofield:

    We represent plaintiff Yoshia Weiss ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Thursday, May 14, 2020 at 10:30 a.m.. The adjournment will provide Plaintiff additional time to conduct settlement negotiations with defendant Equifax Information Services, LLC. This additional time will further be helpful as Plaintiff had encountered some difficulties when attempting to serve defendant Experian Information Solutions, Inc. due in large part to the COVID-19 pandemic.

    This is Plaintiff's first request for an adjournment. Defendant Equifax consents to the above request.

    We thank the Court for its time and consideration of the above request.

                                          Respectfully submitted,
                                          /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

APPLICATION GRANTED

The initial conference set for May 14, 2020, at 10:30 A.M. is adjourned to June 4, 2020, at 10:30 A.M. The pre-conference materials are due on May 28, 2020.

Dated: May 5, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE