

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

May 28, 2020

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Weiss v. Equifax Information Services, LLC, et al.*, <u>1:20-cv-02398-LGS</u>

Dear Judge Schofield:

We represent Plaintiff in the above-refenced matter, and we write to respectfully request an adjournment of the initial conference currently scheduled for June 4, 2020, as Plaintiff has not yet effectuated service of process on the defendants in this case. Plaintiff and Defendant Equifax Information Services have engaged in and will continue settlement discussions in an attempt to resolve this matter while Plaintiff continues to effectuate service upon the defendants.

This is Plaintiff's second request for an adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

The initial conference set for June 4, 2020, at 10:30 A.M. is adjourned to July 2, 2020, at 10:30 A.M. Pre-conference materials are due on June 25, 2020.

SO ORDERED

Dated: May 29, 2020
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE