UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YOSHIA WEISS,
                             Plaintiff,

                    -against-                        20 Civ. 2398 (LGS)

                                                 ORDER
EQUIFAX INFORMATION SERVICES, LLC, et al.,

                            Defendant.
-------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated May 29, 2020, set the initial conference for July 2, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on June 25, 2020.  ECF 12;

       WHEREAS, the parties did not timely file pre-conference materials.  It is hereby

       **ORDERED** that the parties shall file the pre-conference materials as soon as possible, and no later than **June 29, 2020, at 11:00 A.M**.

Dated: June 26, 2020
       New York, New York

                                           LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE