UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YOSHIA WEISS,                                               :
                                  Plaintiff                 :   20 Civ. 2398 (LGS)
            -against-                                       :
                                                            :   ORDER
EQUIFAX INFORMATION SERVICES, LLC,                          :
et al.                                                      :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the initial pretrial conference is scheduled for July 2, 2020.  ECF 12;

   WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either.  ECF 19.  It is hereby

   **ORDERED** that the July 2, 2020, initial pretrial conference is **cancelled**.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: June 29 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE