USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YOSHIA WEISS                                    :
                                                :
                                                :
                              Plaintiff(s),     :            20 Civ. 2398    (LGS)
                                                :
                 -against-                      :            ORDER
                                                :
EQUIFAX INFORMATION SERVICES, LLC,              :
 et al.                                         :
                                                :
                                                :
                              Defendant(s), :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, United States District Judge:

        The Court has been informed that the ~~Parties~~ Plaintiff and Equifax Information Services, LLC have reached a settlement in principle in

this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, with respect to Equifax Information Services, LLC provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any

pending motions with respect to Equifax Information Services, LLC are DISMISSED as moot, and all conferences are CANCELED.


Dated:  July 16, 2020
        New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE